**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**    CASE NO.:

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: MUSSO, JR., ANTHONY

Last Four Digits of SS# ___XXX-XX-3554___

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of ___60___ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $___587.01___ for months ___1___ to ___60___;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $___3,500.00 + $525.00 (Motion to Value) = $4,025.00___
                   TOTAL PAID       $___2,000.00___
                   Balance Due      $___2,025.00___ payable $___202.50___ month (Months ___1___ to ___10___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1._____    Arrearage on Petition Date $_____
Address _____   Arrears Payment $_____/month (Months _____ to _____)
        _____   Regular Payment $_____/month (Months _____ to _____)
Loan # _____   Arrears Payment $_____/month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Ford Motor Credit Corporation Account No. *5880 (2007 Ford Mustang) | $16,850.00 | 5.25% | $319.91 | 1 – 60 | $19,194.60 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____
                         Payable   $_____/month (Months _____ to _____)

Unsecured Creditors: Pay $___11.23___ month (Months ___1___ to ___10___); Pay $___213.73___ month (Months ___11___ to ___60___)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The Debtor is current on his payments to Chase Mortgage (Mortgage *4621), The Sanctuary at Sawgrass Lakes (HOA), and the St. Lucie County Tax Collector for his homestead property located at 344 SW Egret Landing, Port St. Lucie, FL 34953, and will continue to pay said creditors direct.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Anthony Musso_
Anthony Musso, Jr.

Date: ___2-16-11___
LF-31 (rev. 8/01/06)