UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)                                CASE NO.: __11-14029-EPK__

☑ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: MUSSO, JR., ANTHONY

Last Four Digits of SS# ____XXX-XX-3554____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $__587.01__ for months __1__ to __60__;
  B.  $_____ for months ____to____;
  C.  $_____ for months ____to____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $__3,500.00 + $525.00 (Motion to Value) = $4,025.00__
                   TOTAL PAID        $__2,000.00__
                   Balance Due       $__2,025.00__ payable $__202.50__ month (Months __1__ to __10__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1._____    Arrearage on Petition Date $_____
Address _____    Arrears Payment $_____/month (Months_____ to _____)
         _____   Regular Payment $_____/month (Months_____ to _____)
Loan # _____    Arrears Payment $_____/month (Months_____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Ford Motor Credit Corporation Account No. *5880 (2007 Ford Explorer) | $16,850.00 | 5.25% | $319.91 | 1 – 60 | $19,194.60 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____.
                              Payable   $_____/month (Months_____ to _____)

Unsecured Creditors: Pay $__11.23__ month (Months __1__ to __10__); Pay $__213.73__ month (Months __11__ to __60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The Debtor is current on his payments to Chase Mortgage (Mortgage *4621), The Sanctuary at Sawgrass Lakes (HOA), and the St. Lucie County Tax Collector for his homestead property located at 344 SW Egret Landing, Port St. Lucie, FL 34953, and will continue to pay said creditors direct.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


_____/s/_____
Anthony Musso, Jr.

Date: __March 1, 2011__
LF-31(rev. 8/01/06)